

DEPARTMENT OF THE ARMY
WALTER REED ARMY MEDICAL CENTER
WALTER REED HEALTH CARE SYSTEM
WASHINGTON, DC 20307-5001

REPLY TO
ATTENTION OF:

**FILED**

FEB - 3 2010

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MCHL-MAO-QM                                                31 November 2009

MEMORANDUM FOR RECORD

*CR 09-71-02 (PLF)*

Subject: Mr. Hanson

1. This memo is to document several conversations with Mr. Hanson preceding and following his guilty plea of lying to a federal official.

2. Mr. Hanson has heretofore minimized his wrongdoing by stating that he has only "lied to a Canadian".

3. He showed me pictures of Chinese allegedly launching model airplanes that contain the autopilots he was involved in trying to sell.

4. Earlier this month he showed me the EULA for the parts ordered from Canada, and stated that he signed that it was only being used in the US.

5. He also showed me part of his defense paperwork whereby he was shown to have lied to a federal official.

MICHAEL J SOCHER, MD
MAJ, MC, USA
C, Quality Management Division

*Let this be filed.*
*Paul L Friedman*
*2/3/10*

